NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DARLENE M. BROUGHTON,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

———————————

2014-3063

———————————

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0101-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Darlene M. Broughton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    BROUGHTON v. DVA

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24